MARGARET BENEDICT et al., Respondents, v. CITY OF NIAGARA FALLS, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ. [See 279 App. Div. 970.]

■

In the Matter of EDWARD C. EATON, as Treasurer of the Department of Mental Hygiene and Syracuse Psychopathic Hospital, Respondent, against ONONDAGA COUNTY et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See 279 App. Div. 1038.]

■

JOSEPH SGAMBELLONE, Respondent, v. JOSEPH FOURNIER, Appellant, et al., Defendants.— Motion for reargument denied. Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ. [See 279 App. Div. 1131.]

■

In the Matter of GEORGE C. YOUNG, Petitioner, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.— Motion for reargument denied, with $10 costs; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ. [See 279 App. Div. 1039.]

■

WARD R. WHIPPLE, Respondent, v. WARD N. BRITTON, Individually and as Successor Trustee under a Deed of Trust Executed by WILLIS N. BRITTON, Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ. [See 279 App. Div. 1039.]

■

In the Matter of the Accounting of AGNES M. GILLIES et al., as Cotrustees under the Will of GEORGE J. GILLIES, Deceased. GENESEE VALLEY TRUST COMPANY, as Cotrustee under the Will of GEORGE J. GILLIES, Deceased, Appellant; BRUCE G. GILLIES, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ. [See 279 App. Div. 1132.]

■

CONCETTA W. CIUFO, Respondent, v. FRANK W. CIUFO, Appellant.— Motion for reargument denied, with $10 costs; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ. [See 279 App. Div. 1133.]